
John E. Walker, SBN: 166270
E-Mail: jwalker@sacrowalker.com
SACRO & WALKER LLP
700 North Brand Boulevard, Suite 610
Glendale, California 91203
Tel.: (818) 721-9597; Fax: (818) 721-9670

Attorneys for Plaintiff,
STATE FARM LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA (EASTERN DIVISION)

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY, an Illinois corporation, <br><br> Plaintiff, <br><br> vs. <br><br> JANICE GAYLORD, an individual; MARK GAYLORD, JR., an individual; CHRISTOPHER GAYLORD, an individual; CHARLES GAYLORD, an individual; SABRINA ROCHELLE COKER, an individual; and GARRET HILLARD, an individual, <br><br> Defendants. | Case No. 5:21-cv-00431 JWH (SHKx) <br><br> **NOTICE OF SETTLEMENT** |

1
**NOTICE OF SETTLEMENT**

Counsel for State Farm has been advised that defendants Janice Gaylord and Charles Gaylord have reached a settlement between them regarding the disputed death benefit at issue in this interpleader action. The parties intend to memorialize the settlement in a joint stipulation to be filed with the Court that will include a request for the following relief: (a) an order distributing the death benefit plus applicable interest, if any, as agreed between Janice Gaylord and Charles Gaylord, less $10,000 to be paid to State Farm representing a portion of State Farm's reasonable attorney's fees and costs incurred in pursuing this interpleader action; (b) entry of final default judgments against the four interpleader defendants who defaulted in this action consistent with this Court's July 5, 2022 "Order On Application for Default Judgment" (Docket No. 69); and (c) dismissal of this lawsuit with prejudice.

DATED: August 26, 2022                               SACRO & WALKER LLP


By   */s/ John Walker*
    John E. Walker
Attorneys for Plaintiff, State Farm Life Insurance Company

# CERTIFICATE OF SERVICE

I, Matthew Bagby, certify and declare as follows:

I am over the age of 18 years and not a party to this action. My business address is 700 North Brand Boulevard, Suite 610, Glendale, CA 91203, which is located in the city, county and state where the mailing described below took place. On the date(s) set forward below, I served by a copy of the following documents:

## NOTICE OF SETTLEMENT

on interested parties in this action as follows:

[X] **BY ELECTRONIC FILING**: I hereby certify that on August 29, 2022, I electronically filed the foregoing document(s) with the United States District Court for the Central District of California by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

| | |
|---|---|
| Aaron F. Garcia, Esq.<br>LAW OFFICES OF AARON F. GARCIA<br>71-780 San Jacinto Drive, Building J<br>Rancho Mirage, CA 92270<br>Tel: (760) 346-3788<br>Fax: (760) 346-3799<br>Email: agarcia@attygarcia.com | *Counsel for Defendant,*<br>**CHARLES GAYLORD** |
| William M. Nassar, Esq.<br>WILLIAM M. NASSAR & ASSOCIATES<br>1461 Ford Street, Suite 203<br>P.O. Box 2323<br>Redlands, CA 92373<br>Tel: (909) 307-2000<br>Fax: (909) 307-2055<br>Email: wnassar@nassarlaw.com | *Counsel for Defendant,*<br>**JANICE GAYLORD** |

[X] **BY U.S. MAIL**: I hereby certify that on August 29, 2022, I mailed the foregoing document(s) to the following non-filing users, addressed as set forth below:

| | |
|---|---|
| Mark Gaylord, Jr.<br>645 S Carmalita St.<br>Hemet, CA 92543 | *Defendant* |
| Sabrina Coker<br>16845 Dove Tree Ln<br>Fontana, CA 92336 | *Defendant* |
| Garrett Hillard<br>1350 South Yucca Avenue<br>Bloomington, CA 92316 | *Defendant* |
| Christopher Gaylord<br>4021 Campbell St<br>Riverside, CA 92509 | *Defendant* |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 29, 2022.

*/s/ Matthew Bagby*

Matthew Bagby