John E. Walker, SBN: 166270
E-Mail: jwalker@sacrowalker.com
SACRO & WALKER LLP
700 North Brand Boulevard, Suite 610
Glendale, California 91203
Tel.: (818) 721-9597; Fax: (818) 721-9670

Attorneys for Plaintiff,
STATE FARM LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA (EASTERN DIVISION)

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY, an Illinois corporation, <br><br> Plaintiff, <br><br> vs. <br><br> JANICE GAYLORD, an individual; MARK GAYLORD, JR., an individual; CHRISTOPHER GAYLORD, an individual; CHARLES GAYLORD, an individual; SABRINA ROCHELLE COKER, an individual; and GARRET HILLARD, an individual, <br><br> Defendants. | Case No. 5:21-cv-00431 JWH (SHKx) <br><br> **JOINT STIPULATION FOR ENTRY OF JUDGMENT** <br><br> [PROPOSED] JUDGMENT LODGED CONCURRENTLY HEREWITH |

1
**JOINT STIPULATION FOR ENTRY OF JUDGMENT**

Interpleader Plaintiff State Farm Life Insurance Company ("State Farm") and Interpleader Defendants Janice Gaylord ("Janice") and Charles Gaylord ("Charles") (collectively, the "Parties") hereby submit, through their undersigned counsel, the following Joint Stipulation for Entry of Judgment following the settlement by Janice and Charles of their competing claims to the disputed funds held by State Farm.

## RECITALS

A. WHEREAS, Defendant Janice Gaylord ("Janice") was the wife of Mark Stephen Gaylord, Sr. ("Mark").

B. WHEREAS, Defendant Charles Gaylord ("Charles") was the brother of Mark.

C. WHEREAS, on October 1, 2020, Mark passed away.

D. WHEREAS, on February 26, 2021, Janice filed in the San Bernardino County Superior Court a petition to probate Mark's estate entitled *In Re: Estate of Mark Stephen Gaylord, Sr.*, bearing Case Number PROPS2100197 ("Probate Action"). On March 4, 2021, Janice was appointed the Special Administrator of Mark's Estate. Charles has appeared in the Probate Action through his attorney Aaron F. Garcia, Esq.

E. WHEREAS, on March 10, 2021, State Farm filed an interpleader complaint in the United States District Court, for the Central District of California entitled *State Farm State Farm Life Insurance Company v. Janice Gaylord, et al.*, bearing Case Number: 5:21-cv-00431-JWH-SHK ("Federal Action"). In the Federal Action, State Farm prays for an order, *inter alia*, allowing State Farm to deposit with the District Court life insurance policy death benefits in the amount of approximately $113,150 ("Death Benefit") plus applicable interest, if any, payable pursuant to individual Universal Life insurance policy number LF-2198-7247 (the "Policy") as a result of Mark's death. The Federal Action also seeks a determination to whom the Death Benefit should be paid, and seeks reimbursement of State Farm's

reasonable attorneys' fees and costs incurred in connection with bringing the Federal Action.

F. WHEREAS, on July 5, 2022, State Farm's motion for default judgment against Federal Action defendants Mark Gaylord, Jr., Christopher Gaylord, Sabrina Rochelle Coker and Garret Hillard was granted. See this Court's July 5, 2022 "Order On Application for Default Judgment" (Docket No. 69). A final judgment has not yet been entered against Mark Gaylord, Jr., Christopher Gaylord, Sabrina Rochelle Coker and Garret Hillard.

G. WHEREAS the only two remaining defendants in the Federal Action are Janice and Charles, who both timely responded to State Farm's interpleader complaint and have now resolved their competing claims to the Death Benefit.

H. WHEREAS Janice and Charles desire to compromise, settle, and release any and all disputes, potential disputes, claims and/or potential claims between and/or among them arising from and/or related to the Policy and the Death Benefit, and to fully and finally resolve all issues between or among them, and to discharge any claims against State Farm with respect to the Policy and the Death Benefit via the stipulated Judgment requested below.

NOW, THEREFORE, in consideration of the mutual promises, covenants, conditions, terms and obligations set forth in this Stipulation, and for good and valuable consideration as stated herein, the Parties stipulate and agree to resolve this action and any and all past, present or future liability arising from or related to the Policy and the Death Benefit as follows:

1. <u>Death Benefit Distribution</u>. The Death Benefits shall be distributed as follows: (a) State Farm may deduct and retain $10,000.00 from the Death Benefit representing a portion of its reasonable attorneys' fees and costs incurred in connection with bringing the Federal Action; and (b) State Farm shall distribute the remaining Death Benefit, including accrued interest, if any, to Janice and Charles in

equal amounts. The distribution will be made to Janice and Charles within thirty after days after State Farm receives a current IRS Form W-9 for the Death Benefit recipient.

2. <u>Release of Claims</u>. Except for the promises made and obligations created in this Stipulation, Janice and Charles release and forever discharge each other and State Farm, its affiliates, subsidiaries, parent companies, predecessors, heirs, agents, employees, attorneys, and any other person, now, previously or hereafter affiliated in any manner with State Farm from all claims, demands, causes of action, obligations, damages, costs, attorney's fees, and any other liabilities of any kind or nature which each may have against, or claim to have had against, each other or State Farm by reason of any act, failure to act, cause, matter or event, arising from and/or related to the Policy and the Death Benefit.

Janice and Charles acknowledge that they have been advised by their respective attorneys concerning, and are familiar with, the provisions of California Civil Code Section 1542, which provides as follows:

> "A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and that, if known by him or her, would have materially affected his or her settlement with the debtor or released party."

Janice and Charles acknowledge that with respect to the matters released herein, they may have sustained damages, loss, cost or expense that are presently unknown and unsuspected, and that such damage, loss, cost or expense as may have been sustained may give rise to additional damages, loss, cost or expense in the future. Nevertheless, Janice and Charles hereby expressly waive any and all rights which they may have under California Civil Code Section 1542 or under any other state or federal statute or common law principal of similar effect.

/ / /
/ / /
/ / /
/ / /

3. <u>Requested Judgment</u>. Based on the foregoing, the Parties request that the Court enter Judgment to effect the terms of this Stipulation in the form attached hereto as Exhibit A. Except as otherwise stated in this Joint Stipulation for Entry of Judgment, the Parties will bear their own attorneys' fees and costs.

DATED: October 7, 2022          SACRO & WALKER LLP

By ___/s/ John Walker___
    John E. Walker
Attorneys for Plaintiff, State Farm Life Insurance Company

DATED: October 7, 2022          WILLIAM M. NASSAR & ASSOCIATES

By ___/s/ William M. Nassar___
    William M. Nassar
Attorneys for Defendant Janice Gaylord

DATED: October 7, 2022          LAW OFFICES OF AARON GARCIA APLC

By ___/s/ Aaron Garcia___
    Aaron Garcia
Attorneys for Defendant Charles Gaylord

### Filer's Attestation-Local Rule 5-4.3.4(a)(2)(i)

The filing attorney attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filings content and have authorized this filing.

# Exhibit A

John E. Walker, SBN: 166270
E-Mail: jwalker@sacrowalker.com
SACRO & WALKER LLP
700 North Brand Boulevard, Suite 610
Glendale, California 91203
Tel.: (818) 721-9597; Fax: (818) 721-9670

Attorneys for Plaintiff,
STATE FARM LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA (EASTERN DIVISION)

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY, an Illinois corporation,<br><br>　　　　Plaintiff,<br><br> vs.<br><br>JANICE GAYLORD, an individual; MARK GAYLORD, JR., an individual; CHRISTOPHER GAYLORD, an individual; CHARLES GAYLORD, an individual; SABRINA ROCHELLE COKER, an individual; and GARRET HILLARD, an individual,<br><br>　　　　Defendants. | Case No. 5:21-cv-00431 JWH (SHKx)<br><br>**[PROPOSED] JUDGMENT** |

**[PROPOSED] JUDGMENT**

1

Based on the Joint Stipulation For Entry of Judgment (the "Stipulation") filed concurrently herewith by Plaintiff State Farm Life Insurance Company ("State Farm"), Janice Gaylord ("Janice") and Charles Gaylord ("Charles"), and good cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**:

1. The terms of the Stipulation are approved by the Court.

2. State Farm shall distribute the Death Benefits (as defined in the Stipulation) as follows:

   A. 50% of the Death Benefits plus accrued interest, if any, will be distributed to defendant Janice Gaylord ("Janice");

   B. 50% of the Death Benefits plus accrued interest, if any, will be distributed to defendant Charles Gaylord ("Charles");

   C. Prior to making the above-referenced distributions, State Farm may deduct and retain Ten Thousand Dollars ($10,000.00) from the Death Benefit distribution representing a portion of the reasonable attorneys' fees and costs that State Farm incurred in bringing this interpleader action.

3. Upon payment of the Death Benefit as specified herein, State Farm shall be discharged of any further liability relating to the Death Benefit, interest due thereon, or otherwise in connection with individual Universal Life insurance policy number LF-2198-7247 (the "Policy"). Upon entry of this Judgment, and payment of the Death Benefits by State Farm, any and all claims raised or that could have been raised against State Farm relating to the Death Benefit, interest due thereon, or otherwise in connection with the Policy, including without limitation any unknown or unsuspected claims, shall be dismissed with prejudice.

4. Final judgment is hereby entered against defendants Mark Gaylord, Jr., Christopher Gaylord, Sabrina Rochelle Coker and Garret Hillard in accordance with

the Court's July 5, 2022 "Order On Application for Default Judgment" (Docket No. 69).

Dated: October __, 2022

                                                                        _____
                                                                        The Honorable John W. Holcomb
                                                                        United States District Court Judge