# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY, an Illinois corporation,<br><br>    Plaintiff,<br><br> vs.<br><br>JANICE GAYLORD, an individual; MARK GAYLORD, JR., an individual; CHRISTOPHER GAYLORD, an individual; CHARLES GAYLORD, an individual; SABRINA ROCHELLE COKER, an individual; and GARRET HILLARD, an individual,<br><br>    Defendants. | Case No. 5:21-cv-00431 JWH (SHKx)<br><br>**JUDGMENT [76]** |

**JUDGMENT**

1

Based on the Joint Stipulation For Entry of Judgment (the "Stipulation") filed concurrently herewith by Plaintiff State Farm Life Insurance Company ("State Farm"), Janice Gaylord ("Janice") and Charles Gaylord ("Charles"), and good cause appearing therefor,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The terms of the Stipulation are approved by the Court.

2. State Farm shall distribute the Death Benefits (as defined in the Stipulation) as follows:

    a. 50% of the Death Benefits plus accrued interest, if any, will be distributed to defendant Janice Gaylord ("Janice");

    b. 50% of the Death Benefits plus accrued interest, if any, will be distributed to defendant Charles Gaylord ("Charles"); and

    c. Prior to making the above-referenced distributions, State Farm may deduct and retain Ten Thousand Dollars ($10,000.00) from the Death Benefit distribution representing a portion of the reasonable attorneys' fees and costs that State Farm incurred in bringing this interpleader action.

3. Upon payment of the Death Benefit as specified herein, State Farm shall be discharged of any further liability relating to the Death Benefit, interest due thereon, or otherwise in connection with individual Universal Life insurance policy number LF-2198-7247 (the "Policy"). Upon entry of this Judgment, and payment of the Death Benefits by State Farm, any and all claims raised or that could have been raised against State Farm relating to the Death Benefit, interest due thereon, or otherwise in connection with the Policy, including without limitation any unknown or unsuspected claims, shall be **DISMISSED with prejudice**.

4. Final judgment is hereby **ENTERED** against defendants Mark Gaylord, Jr., Christopher Gaylord, Sabrina Rochelle Coker, and Garret Hillard in

accordance with the Court's July 5, 2022, "Order On Application for Default Judgment" (Docket No. 69).

**IT IS SO ORDERED.**

Dated:  October 29, 2022

```
                                    _____
                                    The Honorable John W. Holcomb
                                    United States District Judge
```